ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 3 2016
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4-16CR-78-O |
| OLGA SANDRA CAPON-MENESES (01) | |

INDICTMENT

The Grand Jury Charges:

Count One
Forced Labor
[Violation of 18 U.S.C. § 1589(a)]

From on or about June 1, 1998 and continuing until on or about April 29, 2011, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Olga Sandra Capon-Meneses**, knowingly provided and obtained the labor and services of I.G. by means of force, threats of force, physical restraint, and threats of physical restraint to I.G., by means of serious harm and threats of serious harm to I.G., and by means of a scheme, plan, and pattern intended to cause I.G. to believe that if she did not perform such labor and services, that she and others would suffer serious harm and physical restraint.

In violation of 18 U.S.C. §1589(a).

<u>Count Two</u>
Forced Labor
[Violation of 18 U.S.C. § 1589(a)]

From on or about September 1, 1997 and continuing until on or about October 26, 2006, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Olga Sandra Capon-Meneses**, knowingly provided and obtained the labor and services of V.R. by means of force, threats of force, physical restraint, and threats of physical restraint to V.R., by means of serious harm and threats of serious harm to V.R., and by means of a scheme, plan, and pattern intended to cause V.R. to believe that if she did not perform such labor and services, that she and others would suffer serious harm and physical restraint.

In violation of 18 U.S.C. §1589(a).

## Forfeiture Notice
## 18 U.S.C. § 1594(d)

Upon conviction of the offense alleged in Counts One or Two and pursuant to 18 U.S.C. § 1594(d), defendant, **Olga Sandra Capon-Meneses**, shall forfeit to the United States any property, real or personal, that was used to commit or to facilitate the commission of the offense alleged in Counts One or Two; and any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense alleged in Counts One or Two.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
MICHELLE ALLEN-MCCOY
Special Assistant United States Attorney
Texas State Bar No. 24052252
Burnett Plaza Suite 1700
801 Cherry Street, Unit # 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Email: michelle.d.allen-mccoy@ice.dhs.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

OLGA SANDRA CAPON-MENESES (01)

INDICTMENT

18 U.S.C. § 1589(a)

Forced Labor

(2 COUNTS)

18 U.S.C. § 1594(d)

Forfeiture Notice

A true bill rendered:

FORT WORTH _____  FOREPERSON

Filed in open court this 13th day of April, A.D. 2016.

Warrant to Issue.

_____
UNITED STATES MAGISTRATE JUDGE