IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 4:16-CR-078-O

OLGA SANDRA MURRA
a/k/a Olga Sandra Capon-Meneses

### VERDICT OF THE JURY

We, the Jury, find Defendant, Olga Sandra Murra:

"Guilty" or "Not Guilty" as to Count 1 of the Superseding Indictment: _Guilty_

"Guilty" or "Not Guilty" as to Count 2 of the Superseding Indictment: _Guilty_

"Guilty" or "Not Guilty" as to Count 3 of the Superseding Indictment: _Guilty_

"Guilty" or "Not Guilty" as to Count 4 of the Superseding Indictment: _Guilty_

8/5/2016
DATE

_[signature]_
FOREPERSON

16